UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF DEFENSE, et al.<br><br>      Defendants. | Civ. A. No. 24-0009 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Special Assistant United States Attorney Patrick Doyle as counsel of record for the Defendants in the above-captioned case.

Dated: February 5, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ *Patrick Doyle*
PATRICK A. DOYLE, AZ Bar # 032173
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
patrick.doyle@usdoj.gov

*Attorneys for the United States of America*